# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| L.R., | Case No. 2:25-cv-02019-RFB-BNW |
| Petitioner, | **SCREENING ORDER** |
| v. | |
| KRISTI NOEM, *et al.*, | |
| Respondents. | |

Petitioner L.R.,[1] who is detained at Nevada Southern Detention Center, has filed a counseled Petition for Writ of Habeas Corpus. See ECF No. 1. Also pending before the Court is Petitioner's Motion for Protective Order. See ECF No. 2. Following a preliminary review of the Petition, the Court directs that the Petition and Motion be served on Respondents, and it orders Respondents to file a response.

Therefore, **IT IS HEREBY ORDERED** that the Clerk of Court:

1. **DELIVER** a copy of the Petition (ECF No. 1) and this Order to the U.S. Marshal for service.

2. **SEND**, through CM/ECF, a copy of the Petition (ECF No. 1) and this Order to the United States Attorney for the District of Nevada in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) by adding United States Attorney for the District of Nevada to the docket as an Interested Party at Sigal.Chattah@usdoj.gov, Veronica.criste@usdoj.gov, caseview.ecf@usdoj.gov.

3. **MAIL** a copy of the Petition (ECF No. 1) and this Order pursuant to Rule 4(i)(2)

---

[1] The Court uses a pseudonym per the request of Petitioner, pending resolution of their Motion for Protective Order. See ECF No. 2.

of the Federal Rules of Civil Procedure to:

    1) Kristi Noem, Secretary, United States Department of Homeland Security, 245 Murray Lane SW, Washington, DC 20528.

    (2) Pamela Bondi, Attorney General of the United States, 950 Pennsylvania Avenue, NW, Washington, DC 20530.

    (3) Todd Lyons, Acting Director and Senior Officer Performing the Duties of ICE, 500 12th St. SW, Washington, DC 20536.

    (4) Jason Knight, Salt Lake City Field Office Director, 2975 Decker Lake Drive Suite 100, West Valley City, UT 84119-6096.

    (5) John Mattos, Warden, Nevada Southern Detention Center, 2190 E. Mesquite Ave. Pahrump, NV 89060.

**IT IS FURTHER ORDERED** that the U.S. Marshal **SERVE** a copy of the Petition (ECF No. 1) and this Order on the United States Attorney for the District of Nevada or on an Assistant United States Attorney or clerical employee designated by the United State Attorney pursuant to Rule 4(i)(1)(A)(i) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that counsel for Respondents file a notice of appearance within **3 days** of the date of this Order and file and serve their response to the Petition (ECF No. 1) and Motion for Protective Order (ECF No. 2) within **14 days** of the date of this Order, unless additional time is allowed for good cause shown. Pursuant to 28 U.S.C. § 2243, this response must "show cause why the writ [of habeas corpus] should not be granted." 28 U.S.C. § 2243.

**IT IS FURTHER ORDERED** that Petitioner has 7 days following the filing of the response to the Petition and motion to file their reply.

**IT IS FURTHER ORDERED** that Local Rule LR 7-2(b) governs the scheduling for responses and replies to all other motions filed by either party.

**DATED:** October 22, 2025.

                                  **RICHARD F. BOULWARE, II**
                                  **UNITED STATES DISTRICT JUDGE**