TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar No. 12183
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6552
Fax: (702) 388-6787
Tamer.Botros@usdoj.gov

*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| L.R., <br><br> Plaintiff, <br><br> v. <br><br> KRISTI NOEM, in her official capacity of Secretary, U.S. Dept of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; PAMELA BONDI, in her official capacity as Attorney General; U.S. DEPARTMENT OF JUSTICE; TODD LYONS, in his official capacity as Acting Director for U.S. Immigration and Customs Enforcement; JASON KNIGHT, in his official capacity as Acting Field Director, Salt Lake City Field Office; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; JOHN MATTOS, in his official capacity as Warden, Nevada Southern Detention Facility, <br><br> Respondents. | Case No. 2:25-cv-02019-RFB-BNW <br><br> **Joint Stipulation For Extension of Time (Second Request)** |

Petitioner L.R. ("Petitioner") and Federal Respondents ("Federal Respondents"), by and through their undersigned counsel, hereby submit this Stipulation for an extension of time (Second Request) in order to allow Federal Respondents additional time to obtain documents and/or information so Federal Respondents' Counsel can file responses to

Petitioner's Motion for Temporary Restraining Order and the Amended Petition for Habeas Corpus. Petitioner and Federal Respondents agree as follows:

Federal Respondents Response to the Motion for Temporary Restraining Order and Amended Petition for Habeas Corpus will be due on December 12, 2025. Petitioner's Replies will be due on December 19, 2025. This Stipulation will also provide extra time for Petitioner to respond, and thus there is no prejudice to either party. The parties thus respectfully request that the Court grant this proposed extension of time.

Respectfully submitted this 5th day of December 2025,

| | |
|---|---|
| SIGAL CHATTAH<br>First Assistant United States Attorney<br><br>/s/ Tamer B. Botros<br>Tamer B. Botros<br>Assistant United States Attorney<br>*Attorneys for the Federal Respondents* | /s/Michael Kagan<br>Michael Kagan<br>Nevada Bar No. 12318C |

**ORDER**

**IT IS SO ORDERED.**

**DATED:** December 8, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**